United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GALLERIA 2425 OWNER LLC, *et al.*, § | |
|   Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-1762 |
| § | |
| SONDER CANADA, INC., § | |
|   Defendant. § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

Pending before the Court is Defendant's motion to stay this case pending the outcome of a related arbitration between Plaintiffs and one of Defendant's affiliates, Sonder USA Inc. ("Sonder USA"). Defendant's motion (Dkt. 12) is **GRANTED**. This case is **STAYED AND ADMINISTRATIVELY CLOSED** pending the outcome of the arbitration between Plaintiffs and Sonder USA that is discussed in the parties' briefing. The parties are **ORDERED** to notify the Court of the completion of the arbitration within ten days of the date on which the arbitration concludes.

  SIGNED at Houston, Texas on May 17, 2024.

                  _____
                  GEORGE C. HANKS, JR.
                  UNITED STATES DISTRICT JUDGE